**Order entered September 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00662-CV

## IN THE INTEREST OF L.R.C.V., A CHILD

**On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-15-08826**

## ORDER

We **REINSTATE** this appeal.

By order dated June 24, 2016, we abated this appeal to allow the trial court to conduct a hearing and determine whether to appoint counsel for appellant. We have received the trial court's findings of fact and its order denying appellant's request for appointed counsel.

Appellant's brief on the merits is due **SEPTEMBER 22, 2016**.

/s/    DAVID L. BRIDGES
        JUSTICE